# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY LAM, | ) Case No. CV 14-6173-PA (JPR) |
| Petitioner, | ) **JUDGMENT** |
| vs. | ) |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Order Denying Stay Motion, Dismissing Habeas Petition Without Prejudice, and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 8, 2014

PERCY ANDERSON
U.S. DISTRICT JUDGE